```
                       FILED          LODGED
                                      RECEIVED
                       Aug 05, 2020
                       CLERK U.S. DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON AT TACOMA
            BY                                DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | NO. CR20-5266RJB |
|---|---|
| Plaintiff, | **INFORMATION** |
| v. | |
| MILEY-ISABELLA CESILA OIEN a/k/a Miley Gerber, | |
| Defendant. | |

The United States Attorney charges that:

## COUNT 1
### (Theft of Public Funds)

Beginning in or about January 2018, and continuing through about June 2019, at Pierce County, within the Western District of Washington, and elsewhere, the defendant, MILEY-ISABELLA CESILA OIEN, did willfully and knowingly embezzle, steal and convert to her own use and the use of another money of the United States, namely Social Security benefits having an aggregate value of approximately thirty-eight thousand dollars ($38,000), with the intent to deprive the United States of the use and benefit of

that money.

All in violation of Title 18, United States Code, Section 641.

## ASSET FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture. Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), upon conviction of the offense charged in Count 1 of this Information, the Defendant, MILEY-ISABELLA CESILA OIEN, shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the offense, including but not limited to a judgement for a sum of money representing the proceeds the Defendant obtained as a result of the offense.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the Defendant,

1. cannot be located upon the exercise of due diligence;
2. has been transferred or sold to, or deposited with a third party;
3. has been placed beyond the jurisdiction of the Court;
4. has been substantially diminished in value; or,
5. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek the forfeiture of any other property of the Defendant up to the value of the

//

//

///

INFORMATION/OIEN - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

above-described forfeitable property.

DATED: July 10, 2020

*Sarah Y. Vogel, for*
BRIAN T. MORAN
United States Attorney

S. KATE VAUGHAN
Assistant United States Attorney

BENJAMIN T. DIGGS
Assistant United States Attorney

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970